IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Boston Scientific Corp.*
*Pelvic Repair System Products Liability Litigation*
*MDL No. 2326*

Civil Action No. 2:13-CV-8667

---

**SHORT FORM COMPLAINT**

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2326 by reference. Plaintiff(s) further show the Court as follows:

1. Female Plaintiff:

   Dorothy Ann Heathscott

2. Plaintiff Husband (if applicable):

   Roger Dale Heathscott

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Not Applicable

4. State of Residence:

   Arkansas

5. District Court and Division in which venue would be proper absent direct filing:

   U.S. District Court for the Eastern District of Arkansas

   Western Division

6. Defendants (Check Defendants against whom Complaint is made):

   ☑   A. Boston Scientific Corporation

Revised: 1/4/13

☐     B. American Medical Systems, Inc. ("AMS")

☐     C. American Medical Systems Holdings, Inc. ("AMS Holdings")

☐     D. Endo Pharmaceuticals, Inc.

☐     E. Endo Health Solutions Inc. (f/k/a Endo Pharmaceuticals Holdings, Inc.)

☐     F. Johnson & Johnson

☐     G. Ethicon, Inc.

☐     H. Ethicon, LLC

☐     I. C. R. Bard, Inc. ("Bard")

☐     J. Sofradim Production SAS ("Sofradim")

☐     K. Tissue Science Laboratories Limited ("TSL")

☐     L. Mentor Worldwide LLC

☐     M. Coloplast A/S

☐     N. Coloplast Corp.

☐     O. Coloplast Manufacturing US, LLC

☐     P. Porges S.A.

7. Basis of Jurisdiction:

☑     Diversity of Citizenship

☐     Other: _____

A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

4, 5 and 6

B. Other allegations of jurisdiction and venue:

Not applicable

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff):

- ☐ The Uphold Vaginal Support System;
- ☑ The Pinnacle Pelvic Floor Repair Kit;
- ☑ The Advantage Transvaginal Mid-Urethral Sling System;
- ☐ The Advantage Fit System;
- ☐ The Lynx Suprapubic Mid-Urethral Sling System;
- ☐ The Obtryx Transobturator Mid-Urethral Sling System;
- ☐ The Prefyx PPS System;
- ☐ The Solyx SIS System; and/or
- ☐ Other

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

- ☐ The Uphold Vaginal Support System;
- ☑ The Pinnacle Pelvic Floor Repair Kit;
- ☑ The Advantage Transvaginal Mid-Urethral Sling System;
- ☐ The Advantage Fit System;
- ☐ The Lynx Suprapubic Mid-Urethral Sling System;

☐     The Obtryx Transobturator Mid-Urethral Sling System;

☐     The Prefyx PPS System;

☐     The Solyx SIS System; and/or

☐     Other

10. Date of Implantation as to Each Product:

1/21/2009 Pinnacle Kit

1/21/2009 Advantage Sling

11. Hospital(s) where Plaintiff was implanted (Including City and State):

St. Vincent Infirmary Medical Center

Little Rock, AR

12. Implanting Surgeon(s):

David Coussens, M.D.

13. Counts in the Master Complaint brought by Plaintiff(s)

☑     Count I – Negligence

☑     Count II – Strict Liability – Design Defect

☑     Count III – Strict Liability – Manufacturing Defect

☑     Count IV – Strict Liability – Failure to Warn

4

- ☑ Count V - Breach of Express Warranty
- ☑ Count VI – Breach of Implied Warranty
- ☑ Count VII (by the Husband) – Loss of Consortium
- ☑ Count VIII – Discovery Rule, Tolling and Fraudulent Concealment
- ☑ Count IX – Punitive Damages
- ☐ Other Count _____ If Plaintiff asserts additional claims, please state the factual and legal basis for these claims below:

- ☐ Other Count _____ If Plaintiff asserts additional claims, please state the factual and legal basis for these claims below:

Address and bar information:

Sean T. Keith, AR Bar No. 93158
Keith Miller Butler Schneider & Pawlik
224 S. 2nd Street
Rogers, AR 72756
Ph. (479) 621-0006
skeith@arkattorneys.com
Jeffrey M. Kuntz, MO Bar No. 52371
Wagstaff & Cartmell, LLP
4740 Grand Ave., Ste. 300
Kansas City, MO 64112
Ph. (816) 701-1100
jkuntz@wcllp.com

/s/ Sean T. Keith
Attorneys for Plaintiff
Sean T. Keith, AR Bar No. 93158
Jeffrey M. Kuntz, MO Bar No. 52371

Attorneys for Plaintiffs

5